```
                                    FILED
                              IN CLERK'S OFFICE
                           U.S. DISTRICT COURT E.D.N.Y.

AB                            ★    FEB    2005   ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
                                   LONG ISLAND OFFICE
- - - - - - - - - - - - - - - X
                                    05-0275M
UNITED STATES OF AMERICA

        - against -                         O R D E R

WILLIAM VERDUN,

        Defendant.

- - - - - - - - - - - - - - - X
```

Upon the application of United States Attorney ROSLYNN R. MAUSKOPF, by Assistant United States Attorney Amy Busa, for an order permitting agents of the United States Secret Service to take custody of WILLIAM VERDUN, inmate number 63492-053, date of birth 10/9/1953, from the Warden of the Metropolitan Correctional Center ("MCC") on February 26, 2005:

IT IS HEREBY ORDERED that agents of the United States Secret Service be permitted to take custody of WILLIAM VERDUN, inmate number 63492-053, from the Warden of MCC on February 26, 2005.

Dated: Suffolk County, New York
       February 26, 2005

       9:45 a.m

                              UNITED STATES MAGISTRATE JUDGE
                              EASTERN DISTRICT OF NEW YORK

                              E. Thos. Boyle